# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ERIC LAMBACK, | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No. 22-11664 ELF |

# O R D E R   T O   S H O W   C A U S E

**AND NOW,** the Debtor having filed a Motion for Second Extension of Time to File Schedules and Statement of Financial Affairs in this chapter 13 bankruptcy case;

**AND**, the court having entered an Order ("the Extension Order") **GRANTING** the Motion **CONDITIONED** on the following:  the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed  **on or before October 10, 2022**;

**AND**, further, the court having ordered the Debtor to serve a copy of the Extension Order on all creditors and parties in interest **within three (3) business days of the docketing and service of the notice of the meeting of creditors** ("the §341 Notice") and _**to promptly thereafter file a Certification of Service**_;

**AND**, the §341 Notice having been served on creditors on **August 17, 2022**;

**AND**, the Debtor having failed to file a Certification of Service as required by the Extension Order.  it therefore being unknown whether Debtor served the Extension Order on all creditors and parties in interest,;

It is therefore **ORDERED** that a **telephonic hearing** is **SCHEDULED** on **September 6, 2022**, at **1:00 p.m.**, at which time the Debtor may **SHOW CAUSE** why this case should not be **DISMISSED** for cause pursuant to 11 U.S.C. §1307(c).[1]

Date:  **August 24, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1]     Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.