UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>ERIC LAMBACK,<br><br>Debtor. | Chapter 13<br><br>Hearing Date: _<br>　　　　　Time:_<br><br>Case No. 22-11664 ELF |
|---|---|

## POST PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED

Recorded on 05/19/2005 IN MONTGOMERY COUNTY, IN BOOK 11471 AT PAGE 0580

Property Address: 751 GERMANTOWN PIKE, LAFAYETTE HILL, PA 19444

Mortgage Servicer: AMOS FINANCIAL LLC

Post-petition mailing address for Debtor(s) to send payment: 3330 SKOKIE VALLEY ROAD, SUITE 301, HIGHLAND PARK, IL 60035

Mortgagor(s)/Debtor(s): ERIC LAMBACK

Payments are contractually due:
Monthly ____    Semi-monthly ____    Bi-weekly ____    Other  X  (total due as loan has fully matured)

Each post-petition monthly payment is comprised of:

Principal and Interest......................n/a
R.E. Taxes ....................................n/a
Insurance.......................................n/a
Late Charge...................................n/a
Other: Escrow...............................n/a
Total ..............................................n/a

POST-PETITION PAYMENTS (Petition filed on 06/27/2022)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| N/A | $0.00 | N/A | N/A | N/A | N/A |
|  |  |  |  |  |  |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: N/A

TOTAL AMOUNT OF POST-PETITION ARREARS: N/A

Dated: 10/19/22

_____
Mortgage Company

BRIAN C. DONEGAN - GENERAL COUNSEL
(Print Name and Title)