**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | Chapter 13 |
| ERIC LAMBACK | | |
| | Debtor | Bankruptcy No. 22-11664-ELF |

# O R D E R

**AND NOW**, this ____1st____ day of _____November_____, 202_2_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ANTHONY A FRIGO ESQ
175 STRAFFORD AVENUE
SUITE ONE
WAYNE, PA 19087-


Debtor:
ERIC LAMBACK

751 GERMANTOWN PIKE

LAFAYETTE HILL, PA 19444-